JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| GIANCARLOS JESUS ROMERO CHAVEZ, | Case No. 5:26-02330-AH-DFM |
| Petitioner, | JUDGMENT |
| v. | |
| WARDEN et al., | |
| Respondents. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that:

1.     The Petition for Writ of Habeas Corpus is GRANTED.

2.     Respondents are ORDERED to release Petitioner from custody subject to the conditions in effect, if any, prior to his April 14, 2026 re-detention. Respondents are further ORDERED to file a compliance status report within three (3) days.

Date: MAY 19, 2026

_____
ANNE HWANG
United States District Judge